1016

Louis S. WEBER, Libelant-Appellee, v. PENN-SYLVANIA RAILROAD COMPANY, Respondent-Appellant; Port Reading Railroad Company, Respondent-Appellee.

No. 217.

Circuit Court of Appeals, Second Circuit.
Feb. 10, 1930.

Burlingham, Veeder, Fearey, Clark & Hupper, of New York City (Paul Tison and Chauncey I. Clark, both of New York City, of counsel), for appellant.

Edmund F. Lamb and Macklin, Brown, Lenahan & Speer, all of New York City, for appellee.

Before L. HAND, SWAN, and MACK, Circuit Judges.

PER CURIAM.

Decree affirmed in open court.

In the Matter of Mateo ZAJA on Habeas Corpus.

Walter E. CARR, Director of Immigration of the United States for the Los Angeles District, No. 31, Appellant, v. Mateo ZAJA, Appellee.

No. 6026.

Circuit Court of Appeals, Ninth Circuit.
Feb. 17, 1930.

Samuel W. McNabb, U. S. Atty., and Gwyn S. Redwine and P. V. Davis, Asst. U. S. Attys., and Harry E. Blee, all of Los Angeles, Cal., for appellant.

J. Edward Keating and Theodore E. Bowen, both of Los Angeles, Cal., for appellee.

Before RUDKIN, DIETRICH, and WILBUR, Circuit Judges.

DIETRICH, Circuit Judge.

In November, 1924, the appellee, Mateo Zaja, who, it is not questioned, was then a seaman, signed on the Italian steamship Livenza at Hamburg, Germany. The vessel arrived at San Pedro, Cal., on or about January 21, 1925, whereupon appellee deserted therefrom and entered the United States, where since that time he has continuously resided. On October 19, 1928, he was taken into custody under a warrant for his deportation, and, after a hearing in due course, a deportation order was made. By the court below a writ of habeas corpus was granted discharging him from the custody of the immigration officials, and the Director of Immigration appeals.

In the facts material to the application of the statute of limitations the case does not differ from Nagle v. Hansen, decided by this court in February, 1927, 17 F.(2d) 557. Upon a re-examination of the Acts of 1917 and 1924, therein referred to, we adhere to the conclusion there reached. Appellant cites with apparent confidence United States ex rel. Rios v. Day (C. C. A.) 24 F.(2d) 654, but in that case the statute of limitations was not involved, and it is not clear that in any respect it is to be deemed out of harmony with Nagle v. Hansen.

Accordingly, the judgment is affirmed.

Roscoe C. ZUCKERMAN, Appellant, v. Frank H. HOOD, an Individual and J. B. Schwag and J. W. Glenn, Individually and as Copartners Doing Business under the Firm Name and Style of Fred Schwab Commission Co., Appellees.

No. 5897.

Circuit Court of Appeals, Ninth Circuit.
Feb. 4, 1930.

Percy S. Webster, of Stockton, Cal., and David Livingston, of San Francisco, Cal., for appellant.

Charles M. Fryer, of San Francisco, Cal., for appellee.

Before RUDKIN, DIETRICH, and WILBUR, Circuit Judges.

PER CURIAM.

Decree affirmed.